JOSEPH T. ADAMS (11858)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: josephadams@agutah.gov
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| FRANCINE WEISS a.k.a. MICKIE F. WEISS, Plaintiff, v. SALT LAKE COMMUNITY COLLEGE, Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** Case No. 2:22-cv-00729-DAO Judge Daphne A. Oberg |
|---|---|

Plaintiff Francine Weiss (a.k.a. Mickie F. Weiss) Zavala and Defendant Salt Lake Community College, by and through counsel of record, hereby stipulate and agree that this action, including all claims therein or which could have been asserted by all parties, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: December 12, 2024.

        SEAN D. REYES
        Utah Attorney General

        */s/ Joseph T. Adams*
        JOSEPH T. ADAMS
        Assistant Utah Attorney General
        *Attorney for Defendant*


        */s/ David J. Holdsworth*
        David J. Holdsworth
        *Attorney for Plaintiff*
        (signed by permission)

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I electronically filed the foregoing, *Stipulation of Dismissal with Prejudice*, using the Court's CM/ECF system, which gave notice to the following:

David J. Holdsworth
9125 S. Monroe Plaza Way, Suite C
Sandy, UT 84070
david_holdsworth@hotmail.com
*Attorney for Plaintiff*


        */s/ Samantha Bernards*

2